AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
for the

United States Courts
Southern District of Texas
**FILED**

**DEC 0 4 2020**

David J. Bradley, Clerk of Court

_Jeremy James Joseph_
_Plaintiff/Petitioner_

)
)
)
)
)

**4:20cv4223**

Civil Action No.

4:20cv 3545

_Rice university et al_
_Defendant/Respondent_

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. _If incarcerated._ I am being held at: _Harris county Jail / Harris County Sheriffs office_
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. _If not incarcerated._ If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____0_____ , and my take-home pay or wages are: $ _____0_____ per

_(specify pay period)_ _____ .

3. _Other Income._ In the past 12 months, I have received income from the following sources _(check all that apply):_

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ✖ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ✖ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ✖ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ✖ No |
| (e) Gifts, or inheritances | ☐ Yes | ✖ No |
| (f) Any other sources | ☐ Yes | ✖ No |

_If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future._

AO 240 (Rev 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account:  $ _____ 0 _____ .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

0

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

0

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

0

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

0

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 11/2/20 _____

_____
*Applicant's signature*

Jeremy Josip
*Printed name*

NORTH HOUSTON TX 773

3 DEC 2020 PM 6 L

happy Hol

Jerry Joseph
45 West 34th Street
Houston, Texas 77092

FILED
DEC 0 4 2020
David J. Bradley, Clerk of Court

Da___
Cle___
Dawid J. Bradley
___n of Court
515 ___ 8th Street
Houst___, TX 77002

77002-260099