United States District Court
Southern District of Texas
**ENTERED**
January 05, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| JEREMY JAMES JOSEPH, <br> (Former SPN #03060619) <br> Plaintiff, | § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. <br> 4:20–cv–04223 |
| vs. | § <br> § <br> § | JUDGE CHARLES ESKRIDGE |
| RICE UNIVERSITY, *et al.*, <br> Defendants. | § <br> § | |

## MEMORANDUM ON DISMISSAL

Before the Court is a complaint filed by Plaintiff Jeremy James Joseph. Dkt 1. Joseph proceeds *pro se* and filed his complaint at a time when he was an inmate of the Harris County Jail, alleging an illegal arrest. Online records show that he is no longer confined there.

The Court sends notices only to the address on file under Local Rule 83.4. A *pro se* litigant is responsible for keeping the Clerk advised in writing of his current address. Ibid.

Joseph has failed to provide the Court with an accurate, current address. Under the inherent powers necessarily vested in a district court to manage its own affairs, this action is dismissed for want of prosecution. See FRCP 41(b); *Link v Wabash RR*, 370 US 626, 630–31 (1962); *Clofer v Perego,* 106 F3d 678, 679 (5th Cir 1997); James W. Moore, *et al.*, 8 *Moore's Federal Practice* § 41.51(3)(b) & (e) (Matthew Bender 3d ed 2017).

The Court will grant relief upon a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure. See *Link*, 370 US at 635.

The civil action filed by Plaintiff Jeremy James Joseph is DISMISSED WITHOUT PREJUDICE for want of prosecution. Dkt 1.

Joseph's motion to proceed *in forma pauperis* is DENIED as moot. Dkt 2.

Any other motions are DENIED as moot.

SO ORDERED.

Signed on January 5, 2021, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge