UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JEREMY JAMES JOSEPH, (Former SPN #03060619) Plaintiff, | § § § § § § | CIVIL ACTION NO. 4:20–cv–04223 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| RICE UNIVERSITY, *et al.*, Defendants. | § § | |

**ORDER OF DISMISSAL**

This civil action is DISMISSED WITHOUT PREJUDICE for the reasons stated in the Memorandum on Dismissal entered this same date.

SO ORDERED.

Signed on January 5, 2021, at Houston, Texas.

*[signature]*
Hon. Charles Eskridge
United States District Judge